_____

No. 96-1255
_____

Diane Lindgren,                         *
                                        *
          Appellee,                     *
                                        *
    v.                                  *   Appeal from the United States
                                        *   District Court for the
Woodbury County;                        *   Northern District of Iowa.
                                        *
          Appellant,                    *            [UNPUBLISHED]
                                        *
Robert B. Carson, Jr.,                  *
                                        *
          Defendant.                    *


                              _____

          Submitted:  April 29, 1996

              Filed:  May 7, 1996
                              _____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
                              _____

PER CURIAM.


     Woodbury County appeals the district court's[1] award of trial-level attorney's fees to Diane Lindgren in her action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. Having carefully reviewed the record and the parties' briefs, we conclude that no error of law or fact appears and that an opinion would lack precedential value. Accordingly, we affirm. See 8th Cir. R. 47B. We note that any request for appellate-level attorneys' fees must be made in a separate motion within fourteen days after entry of this court's judgment. See 8th Cir. R. 47C(a).

_____

     [1]The Honorable Donald E. O'Brien, United States District Judge for the Northern District of Iowa.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.